## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CHRISTY, INC.,

             Plaintiff,

      v.

THE UNITED STATES,

             Defendant.

No. 18-657 C

Chief Judge Margaret M. Sweeney

## STATUS REPORT

On January 25, 2019, Congress enacted, and the President signed, legislation providing appropriations up to and including February 15, 2019. That action permits Department of Justice attorneys to resume their usual civil litigation functions. Therefore, the government requests that the Stay be lifted and, pursuant to the Court's January 3, 2019 Order, Dkt. 14, files this Status Report.

Respectfully submitted:

JOSEPH H. HUNT
Assistant Attorney General

GARY L. HAUSKEN
Director

s/ Jenna Munnelly
JENNA MUNNELLY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Email: jenna.e.munnelly@usdoj.gov
Telephone: (202) 616-1061
Facsimile: (202) 307-0345

Dated: January 28, 2019